STATE OF CONNECTICUT *v.* JASON FREEMAN

The defendant's petition for certification for appeal from the Appellate Court, 132 Conn. App. 438 (AC 32422), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the trial court did not abuse its discretion when it reopened a pretrial suppression hearing and permitted the state to present additional evidence?"

The Supreme Court docket number is SC 18909.

*Lisa A. Vanderhoof*, assigned counsel, in support of the petition.

*Linda Currie-Zeffiro*, assistant state's attorney, in opposition.

Decided January 12, 2012

